# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Freeman Lee Rogers, Jr.,

    Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                             3:05-cv-106-1-C

USA

    Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 2, 2005 Order.

**Signed: December 7, 2005**

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court